IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VICTORIA OKHUELEIGBE, *et al.*, § <br>    Plaintiffs, § <br> § <br> v. § <br> § <br> THOMAS LOYD HARRIS, *et al.*, § <br>    Defendants. § | CIVIL ACTION NO. 11-2839 <br> (Jury Trial Demanded) |

## MOTION TO AMEND ANSWER OF
## DEFENDANT, CITY OF HOUSTON

TO:   THE HONORABLE JUDGE DAVID HITTNER

Defendant, City of Houston, moves to amend its answer in the above case.

### A.  Introduction

1.    Plaintiff as are Victoria Okhueliegbe and Lawrence Nwora, administrator of the Estate of Sylvanus Okhueliegbe. Defendants who have been served and appeared are Thomas Harris, the City of Houston, and Mazada Enterprises, d/b/a Studio 59 Bar and Grill.

2.    Plaintiffs have sued defendants for damages arising from the death of Sylvanus Okhueliegbe.

3.    Defendant, City of Houston, seeks to amend its answer because more than twenty-one days has passed since it filed its answer and plaintiffs have not consented to the amendment.

4.     Defendant, City of Houston, seeks to amend its answer to add the affirmative defense of pre-existing condition and to correct minor grammatical errors.  The proposed amended answer is attached as Exhibit A.

### B.  Argument

1.     Unless a party opposing an amendment to a pleading can show prejudice, bad faith, or undue delay, a court should freely grant eave to amend a pleading.  *Foman v. Davis*, 371 U.S. 178, 182 (1962).

2.     Although defendant has been unable to depose plaintiffs, a review of the documents produced by the parties suggests that this additional defense is appropriate.

3.     This Court should allow the filing of the City's amended answer because plaintifffs will not be prejudiced by the amended pleading.

Wherefore, defendant, City of Houston, respectfully requests that this Court grant leave to file its amended answer and for all other relief to which it is entitled.

> Respectfully submitted,
>
> DAVID M. FELDMAN
> City Attorney
>
> LYNETTE K. FONS
> First Assistant City Attorney
>
> DONALD J. FLEMING

        Chief, Labor Section

        /s / Andrea Chan
        Andrea Chan
        Attorney In Charge
        Senior Assistant City Attorney
        Federal ID 14943; SBN 04086600
        andrea.chan@houstontx.gov
        Dimple Joseph
        Assistant City Attorney
        Federal ID 1128960; SBN 24060049
        dimple.joseph@houstontx.gov
        City of Houston Legal Department
        P.O. Box 368
        Houston, Texas 77001-0368
        Phone: (832) 393-6480
        Facsimile: (832) 393-6259
        ATTORNEYS FOR DEFENDANT
        CITY OF HOUSTON

CERTIFICATE OF CONFERENCE

      On the 6th day of September, counsel for the City of Houston forwarded a copy of the proposed amended answer to all counsel of record. Counsel for co-defendant, Thomas Harris, indicated he did not oppose the amendment. Counsel for plaintiffs and for co-defendant, Mazada Enterprises, d/b/a/ Studio 59 Bar and Grill did not indicate their respective positions. The City assumes that they are opposed.

                                          /s / Andrea Chan
                                          Andrea Chan

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure via First Class Mail on this the 12th day of September, 2012.

| | |
|---|---|
| Mr. Christopher D. Wilsher<br>2617C West Holcombe Blvd, #482<br>Houston, Texas 77025<br>Counsel for Plaintiffs<br>CM RRR 7196 9008 9111 297 7408 | Jason L. Fowell<br>Tritico Rainey, PLLC<br>446 Heights Boulevard<br>Houston, Texas 77007<br>Counsel for Defendant, Thomas Harris |
| Shaun Hodge<br>2211 The Strand, Ste. 201<br>Galveston, Texas 77550<br>Counsel for Defendant, Mazada Enterprises, d/b/a/ Studio 59 Bar and Grill | |

                                          /s / Andrea Chan
                                          Andrea Chan

G:\LABOR\AChan\OKHUELEIGBE\mtn lv ans.wpd