COURTROOM MINUTES

JUDGE  Hittner                                                                    PRESIDING

COURTROOM CLERK        E. Alexander

COURT REPORTER     Gayle Dye

LAW CLERK        Nathsha Breaux

MORNING                    AFTERNOON
SESSION 11:45 - 12:35        SESSION_____     DATE:  8/23/13

---

DOCKET ENTRY

(DH ) 4:11-2839                                    (Rptr- Dye                    )
        (PROCEEDINGS:  Motion Hearing                                )

Victoria Okhueleibe,        v.     City of Houston, et al,

Appearances: For Plaintiff:  C. Wilsher and J. LeSang

        For Defendants:  K. Van Gardner, C. Tritico, J. Fowell &

        Anthony Clarkson

(Doc. # 50) Opposed Motion to Dismiss heard.  Written order to issue.

---

Witnesses: