IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VICTORIA OKHUELEIGBE and LAWRENCE NWORA as *Administrator of the Estate of Sylvanus Okhueleigbe*, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-11-2839 |
| THOMAS LOYD HARRIS, CITY OF HOUSTON, MAZADA ENTERPRISES d/b/a STUDIO 59 BAR AND GRILL *and* BEAU FERGUSON, | § § § § § § § | |
| Defendants. | § | |

## ORDER

Pending before the Court is the Motion to Dismiss Plaintiffs' Claims for Failure to Prosecute Their Claims and Failure to Comply with Discovery Requests (Document No. 50) filed by Defendants Thomas Loyd Harris and City of Houston. Having considered the arguments in open court of counsel, motion, submissions, and applicable law, the Court determines the motion should be denied without prejudice. Accordingly, the Court hereby

**ORDERS** that the Motion to Dismiss Plaintiffs' Claims for Failure to Prosecute Their Claims and Failure to Comply with Discovery Requests (Document No. 50) is **DENIED WITHOUT PREJUDICE.**

SIGNED at Houston, Texas, on this __23__ day of August, 2013.

                                                  DAVID HITTNER
                                           United States District Judge