## COURTROOM MINUTES

JUDGE  Hittner                                                                PRESIDING

COURTROOM CLERK       E. Alexander

COURT REPORTER        Stephanie Carlisle

LAW CLERK             Nathasha Breaux

MORNING SESSION _____     AFTERNOON SESSION  2:35 - 4:10     DATE: 10/11/13

---

## DOCKET ENTRY

(DH ) 4:11-2839                                  (Rptr- Carlisle         )
       (PROCEEDINGS:  Final Pretrial Conference                          )

Victoria Okhueleigbe       v.    City of Houston, et al.

Appearances: For Plaintiff:  Christopher Wilsher

       For Defendant City of Houston:  Deidra Norris

For Defendant Thomas Harris:  Chris Tritico and Jason Fowell

For Defendant Mazada Enterprises, Inc:  Anthony Clarkson

Final Pretrial Conference held.  Oral Motion to Non-Suit Defendant Mazada heard and granted.  Oral Motion to enter Default Judgment as to Defendant Beau Ferguson heard and granted.  Written order to issue.