UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Victoria Okhueleigbe, | § § § | |
| Plaintiff, | § § | |
| V. | § | CIVIL ACTION: H-11-2839 |
| City of Houston, et al, | § § | |
| Defendants. | § | |

### ORDER

The Court held a final pretrial conference on Friday, October 11, 2013. Plaintiff made an Unopposed Oral Motion to Non-suit Without Prejudice as to Defendant Mazada Enterprises, Inc.

It is, therefore, Ordered that the Motion to Non-Suit is are GRANTED and the claims against Defendant Mazada Enterprises, Inc. are DISMISSED without prejudice.

· Signed this __16th__ day of October, 2013.

_____
David Hittner
United States District Judge