## COURTROOM MINUTES

JUDGE  Hittner                                              PRESIDING

COURTROOM CLERK       E. Alexander

COURT REPORTER     Bruce Slavin

LAW CLERK        Natasha Breaux

MORNING                AFTERNOON
SESSION _____    SESSION  2:00 - 5:00    DATE:  10/21/13

---

DOCKET ENTRY

(DH )  4:11-2839                          (Rptr- Carlisle            )
       (PROCEEDINGS:  4th day Jury Trial                             )

Victoria Okhueleigbe      v.    City of Houston, et al.

Appearances: For Plaintiff:  Christopher Wilsher

   For Defendant City of Houston:  Deidra Norris and Donald Fleming

For Defendant Thomas Harris:  Chris Tritico and Jason Fowell

Fourth day of jury trial held.  Closing arguments held.  Jury deliberations set for October 22, 2013 at 10:00 a.m.

Witnesses: