United States District Court
Southern District of Texas
FILED

NOV 1 4 2013

David J. Bradley, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

VICTORIA OKHUELEIGBE
Plaintiff,

CIVIL ACTION NO.: 11-2839

JURY DEMANDED

THOMAS LOYD HARRIS, ET AL

Defendants

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Victoria Okhueleigbe and Lawrence Nwora request that entry of judgment by default be entered against defendant Beau Ferguson pursuant to Federal Rule of Civil Procedure 55(b). In support of this request plaintiffs rely upon the record in this case and the affidavits submitted herein. Alternatively, Plaintiffs request a hearing so that Plaintiffs may establish their damages.

Dated this 14th day of November, 2013.

Respectfully submitted,

CHRISTOPHER D. WILSHER
ATTORNEY AT LAW

_____
Christopher D. Wilsher
State Bar No. 21665400
2617C West Holcombe Blvd., # 482
Houston, Texas 77025
(713) 776-0611 Office
(713) 667-2011 Fax
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing document was served in accordance with the Federal Rules of Civil Procedure on this the 14th day of November 2013.

Beau Ferguson
1310 Willard Street
Houston, Texas 77006

_____
Christopher D. Wilsher