IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VICTORIA OKHUELEIGBE | § § | |
| VS. | § § | |
| THOMAS LOYD HARRIS, CITY OF HOUSTON, MAZADA ENTERPRISES DBA STUDIO 59 BAR AND GRILL And BEAU FERGUSON | § § § § § § § | CIVIL ACTION NO. 11-2839 (Jury Trial Demanded) |

## DEFAULT JUDGMENT

The defendant Beau Ferguson, having failed to appear, plead or otherwise defend in this action although duly served, and default having been entered on by the Court on October 16, 2013 and counsel for Plaintiffs Victoria Okhueleigbe and Lawrence Nwora as Administrator of the Estate of Sylvanus Okhueliegbe having requested judgment against the defaulted defendant Beau Ferguson and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b) and a Military Status Affidavit pursuant to the Servicemembers Civil Relief Act.

Judgment is hereby entered in favor of Plaintiffs Victoria Okhueleigbe and Lawrence Nwora as Administrator of the Estate of Sylvanus Okhueliegbe and against defendant Beau Ferguson, as follows:

Plaintiff Victoria Okhueleigbe have and recover the amount of

_____ as against defendant Beau Ferguson; and

Plaintiff Lawrence Nwora as Administrator of the Estate of Sylvanus Okhueleigbe have and recover the amount of

_____ as against defendant Beau Ferguson.

Plaintiffs are further awarded interest on the judgment at the legal rate until the judgment is satisfied.

    Signed _____ day of _____ 2013.


                                          _____

                                          District Judge